AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Capitol Indemnity Corporation,

*Plaintiff(s)*

v.

Hegemony, Inc., Tristate Money Order, Inc., et al.,

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* see rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam P. Friedman
Chiesa Shahinian & Giantomasi PC
11 Times Square, 34th Floor
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ______________________________

______________________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

______________________________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ____________

______________________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

______________________________

*Server's signature*

______________________________

*Printed name and title*

______________________________

*Server's address*

Additional information regarding attempted service, etc:

*Capitol Indemnity Corporation v. Hegemony, Inc.,* et al.

Defendants to be served:

Hegemony, Inc., 221 Kensington Road, Garden City, New York

Tri-State Money Order, Inc., 4034 Veterans Highway, Levittown, Pennsylvania

MSM Group, Inc., 221 Kensington Road, Garden City, New York

Diamond Money Order, LLC, 4034 Veterans Highway, Levittown, Pennsylvania

Ace Hegemony, Inc., 4034 Veterans Highway, Levittown, Pennsylvania

Michael Blicharski, 221 Kensington Road, Garden City, New York

Han-Young Huang, 60 Oceana Drive West, Apt. 2B, Brooklyn, New York

Kenneth Blicharski, 221 Kensington Road, Garden City, New York

Stephen Blicharski, 221 Kensington Road, Garden City, New York

Meihwa Lin, 221 Kensington Road, Garden City, New York