UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CAPITOL INDEMNITY CORPORATION,

                    Plaintiff,                **RULE 7.1 STATEMENT**

    - against -                       Civil Action No.:

HEGEMONY, INC., TRISTATE MONEY ORDER,
INC., MSM GROUP, INC., DIAMOND MONEY
ORDER COMPANY, LLC, ACE HEGEMONY, INC.,
MICHAEL BLICHARSKI, HAN-YOUNG HUANG,
KENNETH BLICHARSKI, STEPHEN BLICHARSKI,
and MEIHWA LIN,

                    Defendants.
-------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned,

counsel for the plaintiff, **CAPITOL INDEMNITY CORPORATION,** a private non-

governmental party, certifies the following:

**Part I:**

1.      Capitol Indemnity Corporation is wholly owned subsidiary of

CapSpecialty, Inc.

2.      CapSpecialty, Inc., is a wholly owned subsidiary of Alleghany Insurance

Holdings LLC.

3.      Alleghany Insurance Holdings LLC is a wholly owned subsidiary of

Alleghany Corporation.

4.      Alleghany Corporation is a wholly owned subsidiary of Berkshire

Hathaway, Inc., which is a publicly held corporation.

**Part II:**

5.      Capitol Indemnity Corporation is a corporation organized and existing pursuant to the laws of the State of Wisconsin, with its principal place of business in Middleton, Wisconsin.

Dated: July 21, 2026

                                         **CHIESA SHAHINIAN & GIANTOMASI PC**
                                         Attorneys for Plaintiff
                                         *Capitol Indemnity Corporation*

                                         By: _____*/s Adam P. Friedman*_____
                                                  Adam P. Friedman

                                         11 Times Square, 34th Floor
                                         New York, New York  10036
                                         (212) 973-0572