CSG law

CHIESA SHAHINIAN & GIANTOMASI PC

11 Times Square, 34th Floor, New York, NY 10036
csglaw.com

ADAM P. FRIEDMAN
afriedman@csglaw.com

O 973.530.2029 F 973.530.2229

October 15, 2026

***Via ECF***

The Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Capitol Indemnity Corp. v. Hegemony, Inc.
Case No.: 26-cv-04415-GRB-ST

Dear Magistrate Tiscione:

We represent Capitol Indemnity Corporation, the plaintiff in the above-referenced matter.

Enclosed please find an executed Stipulation extending the time for the defendants to respond to the Complaint to October 30, 2026. Since defendants' counsel has yet to formally appear, I agreed to submit this joint letter motion asking the Court to approve this extension.

Assuming the Court considers this request favorably, the parties also request a corresponding adjournment of the initial conference currently scheduled for November 9 at 10:00 a.m. An adjournment to latter half of November would provide ample time for the parties to confer and submit their proposed "Discovery Plan Worksheet" pursuant to your individual practices.

Thank you for your consideration of these requests.

Respectfully,

*/s Adam P. Friedman*

Encl. (Stipulation)

cc: Harold M. Somer, Esq.
Steven J. Borofsky, Esq.
(via e-mail, w/encl.)