UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAPITOL INDEMNITY CORPORATION,

Plaintiff,

**STIPULATION**

- against -

Case No.: 26-cv-04415-GRB-ST

HEGEMONY, INC., TRISTATE MONEY ORDER, INC., MSM GROUP, INC., DIAMOND MONEY ORDER COMPANY, LLC, ACE HEGEMONY, INC., MICHAEL BLICHARSKI, HAN-YOUNG HUANG, KENNETH BLICHARSKI, STEPHEN BLICHARSKI, and MEIHWA LIN,

Defendants.
-----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned as follows:

1. The time for Defendants to answer, move, or otherwise respond to the Complaint is extended to October 30, 2026.

2. Solely for the purpose of avoiding the need for separate service of process on Tristate Money Order, Inc., and without prejudice to any other defenses, Defendants consent to the personal jurisdiction of this Court and waive any defense based upon insufficiency of service of process as to Tristate Money Order, Inc., only.

Dated: October 15, 2026

*[signatures appear on next page]*

**CHIESA SHAHINIAN & GIANTOMASI PC**
Attorneys for Plaintiff

By: ______________________________
Adam P. Friedman

11 Times Square, 34th Floor
New York, New York 10036
(212) 973-0572

**HAROLD M. SOMER, PC**
Attorneys for Defendants
*Kenneth Blicharski, Stephen Blicharski,* and *Meihwa Lin*, and MSM Group Inc

By: ______________________________
Harold M. Somer

1025 Old Country Road, Suite 404
Westbury, New York 11590
(516) 248-8962

**STEVEN J. BOROFSKY, ESQ.**
Attorney for Defendants
*Hegemony, Inc., Tristate Money Order, Inc., ~~MSM Group, Inc.~~, Diamond Money Order Company, LLC, Ace Hegemony, Inc., Michael Blicharski,* and *Han-Young Huang*

By: ______________________________
Steven J. Borofsky

1025 Old Country Road, Suite 410
Westbury, New York 11590
(516) 427-5445