CSG law

CHIESA SHAHINIAN & GIANTOMASI PC

11 Times Square, 34th Floor, New York, NY 10036
csglaw.com

ADAM P. FRIEDMAN
afriedman@csglaw.com

O 973.530.2029 F 973.530.2229

November 17, 2026

***Via ECF***

The Honorable Steven Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Capitol Indemnity Corp. v. Hegemony, Inc.
Case No.: 26-cv-04415-GRB-ST

Dear Magistrate Tiscione:

We represent the plaintiff, Capitol Indemnity Corporation, in this action.

Accompanying this letter is a Stipulation allowing Capitol to amend its Complaint to correct several non-substantive errors. Because the amendment does not change any substantive allegations or paragraph numbering, the Stipulation also provides that the existing Answers will constitute Defendants' responses to the Amended Complaint. The proposed amendment will not affect the initial conference currently scheduled for December 1.

If the Stipulation is acceptable to the Court, I would be most appreciative if you would "So Order" it. Thank you for your consideration.

Respectfully,

*/s Adam P. Friedman*

Attachments

cc: Harold M. Somer, Esq.
Steven J. Borofsky, Esq.
(via ECF)