UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
CAPITOL INDEMNITY CORPORATION,

Plaintiff,

- against -

HEGEMONY, INC., TRISTATE MONEY ORDER, INC., MSM GROUP, INC., DIAMOND MONEY ORDER COMPANY, LLC, ACE HEGEMONY, INC., MICHAEL BLICHARSKI, HAN-YOUNG HUANG, KENNETH BLICHARSKI, STEPHEN BLICHARSKI, and MEIHWA LIN,

Defendants.
---------------------------------------X

**STIPULATION**

Case No.: 26-cv-04415-GRB-ST

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned as follows:

1. Plaintiff may file and serve an Amended Complaint in the form attached hereto, for purpose of correcting certain typographical errors in the original Complaint (ECF No. 1).

2. Defendants' Answers (ECF Nos. 19 and 20) shall be their responses to the Amended Complaint and shall be deemed to have been timely filed and served in response thereto.

*[signatures appear on following page]*

Dated: November 17, 2026

**CHIESA SHAHINIAN & GIANTOMASI PC**
Attorneys for Plaintiff

By: ______________________
Adam P. Friedman
11 Times Square, 34th Floor
New York, New York 10036
(212) 973-0572

**HAROLD M. SOMER, PC**
Attorneys for Defendants
*Kenneth Blicharski, Stephen Blicharski, and Meihwa Lin*
MSM Group Inc

______________________
Harold M. Somer
1025 Old Country Road, Ste 404
Westbury, New York 11590
(516) 248-8962

**STEVEN J. BOROFSKY, ESQ.**
Attorney for Defendants
*Hegemony, Inc., Tristate Money Order, Inc., ~~MSM Group, Inc.~~, Diamond Money Order Company, LLC, Ace Hegemony, Inc., Michael Blicharski*, and *Han-Young Huang*

By: ______________________
Steven J. Borofsky

1025 Old Country Road, Suite 410
Westbury, New York 11590
(516) 427-5445

**SO ORDERED:**

______________________
**Hon. Steven Tiscione, U.S.M.J.**